1
2
3
4
5

# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RZEPECKI, an individual<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, an Ohio corporation,<br><br>Defendants. | **Case No.:** 2:20-cv-00180-FMO-KSx<br><br>**JUDGMENT** |

    On April 24, 2020, Plaintiff Laura Rzepecki ("Rzepecki") and Defendant Nationwide Insurance Company of America ("Nationwide") submitted a stipulation for entry of judgment in favor of Nationwide.

    Based on the parties' stipulation, IT IS ORDERED THAT judgment be entered in favor of Nationwide and against Rzepecki. Rzepecki shall take nothing

from Nationwide with respect to her Complaint.  Each party shall be responsible for their own respective costs incurred in this lawsuit.

**IT IS SO ORDERED.**

Dated:  April 30, 2020

              _____/s/_____
              Honorable Fernando M. Olguin
              UNITED STATES DISTRICT JUDGE